CAUSE NO._____

DANIEL L. WILSON

   -vs-

THE STATE OF TEXAS

§
§
§
§
§
§
§

IN THE COURT OF

CRIMINAL APPEALS

OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, **Daniel L. Wilson**, Appellant in the above styled cause, pro-se, and respectfully presents this **"Motion For Extension"** to file his **Petition For Discretionary Review**, and in support shows the following:

1.] Appellant was convicted for the offense of **Murder** in the **246TH District Court**, of **Bell County**, Texas. Cause No. **72,334**;

2.] The Court Of Appeals **affirmed** the trial court's judgement on **November 18Th, 2015**; And

3.] Appellant is now seeking permission from this Honorable Court a **Sixty[60]** day extension to properly prepare his **Petition For Discretionary Review**, which will result in his **deadline** being around or about **February 18TH,2016.**

**WHEREFORE PREMISES CONSIDERED**, Appellant prays that this **Honorable Court** grant his **"Motion For Extension"** to file his **Petition For Discretionary Review.**

Respectfully Submitted,

~~PRO- SE APPELLANT~~

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I, **Daniel L. Wilson, certify** that a true and correct copy of this **Motion For Extension,** was sent via U.S. First Class Mail, To The Court Of Appeals.

Executed On The _13_ Day Of _December_ , 2015.

Daniel L. Wilson
TDCJ-ID# 1998039
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351